FILED
07 AUG 21 PM 12: 29
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| KAREN R. HESS, et al., | ) | No. 07-cv-00049-W-CAB |
|---|---|---|
| Plaintiffs, | ) | [          ] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |
| vs. | ) | |
| RAMONA UNIFIED SCHOOL DISTRICT, et al., | ) | |
| Defendants. | ) | |

1  Plaintiffs' motion came on regularly for hearing on July 26, 2007 before the undersigned.
2  The matter was fully briefed by the parties in advance, and fully argued in this Court. Having
3  considered all of the facts and the law, and having heard counsel, it is hereby ordered, pursuant to
4  Federal Rules of Civil Procedure Rule 65(a), as follows:

5    1. Plaintiffs' Motion for Preliminary Injunction is GRANTED. Plaintiffs have
6  established a strong likelihood of success on the merits and a possibility of irreparable injury. The
7  Court's reasons for granting the motion are more fully stated at the conclusion of the Transcript of
8  Proceedings, which reasons are incorporated herein by reference;

9    2. The parties are ordered to meet and confer on or before August 31, 2007, and to make
10  a good faith effort to agree upon the precise form of relief to be granted here;

11    3. On or before September 14, 2007, the parties are to submit a joint proposal regarding
12  the form of relief, or absent agreement, two separate proposals for relief; and

13    4. The Court will thereupon adopt the joint proposal regarding the form of relief as the
14  Order of the Court, or will adopt one of the two separate proposals, or will create its own Order for
15  relief in this matter.

17  IT IS SO ORDERED.
18  DATED: 8/20/07

THE HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE

Submitted by:

THE LAW OFFICE OF LEONARD B.
  SIMON, P.C.
LEONARD B. SIMON

_____s/ Leonard B. Simon_____
LEONARD B. SIMON

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/338-4549
619/231-7423 (fax)

1
2  ARLEO LAW FIRM, PLC
   ELIZABETH J. ARLEO
3  850 Main Street, Suite 201
   Ramona, CA  92065
4  Telephone:  760/789-8000
   760/789-8081 (fax)
5
   JULIE M. KIEHNE-LAMKIN
6  ATTORNEY AT LAW
   1672 Main Street, Suite E #116
7  Ramona, CA  92065
   Telephone:  760/787-0729
8
   Attorneys for Plaintiffs
9
   S:\CasesSD\LBS Ramona Unified\ord for PI.doc
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28