FILED

SEP 19 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN R. HESS; et al.,<br><br>　　　　　　Plaintiffs,<br>v.<br>RAMONA UNIFIED SCHOOL DISTRICT; et al.,<br><br>　　　　　　Defendants. | Case No: 07-CV-0049 W (CAB)<br><br>**ORDER REGARDING IMPLEMENTATION OF INJUNCTIVE RELIEF** |

　　On April 16, 2007, Plaintiffs filed a motion for a preliminary injunction. Plaintiff sought to enjoin defendant Ramona Unified School District (the "District") from discriminating against the girls' softball program. Specifically, Plaintiffs challenged the District's policy of requiring the girls' softball teams to practice and play their games on off-campus fields that were inferior to the boys' varsity and JV/freshman baseball fields located on campus.

　　Following a hearing, the Court issued an order granting the motion based on its finding that Plaintiffs established a strong likelihood of success on the merits and irreparable harm. The Court ordered the parties to meet and confer on or before August 31, 2007 to make a good faith effort to agree upon the precise form of relief. The Court further ordered that on or before September 14, 2007, the parties submit a joint proposal

regarding the form of relief, or in the absence of an agreement, two separate proposals.

On September 14, 2007, Magistrate Judge Cathy Ann Bencivengo issued a Recommendation Regarding Implementation of Injunctive Relief ("Recommendation"). The Recommendation confirms that the parties met in good faith, but were unable to agree on a joint plan. Accordingly, the parties have filed separate proposals.

The District proposes that it construct a dedicated girls' softball field on the current location of the boys' JV/freshman baseball field. The proposed field would be oriented in the same direction as the current boys' JV/freshman field, but would be of the same quality and with all of the same amenities as the existing boys' varsity field. In addition to being able to complete the necessary renovations by the start of the 2008 season, the District argues that its proposal will reduce the fiscal impact, thereby allowing the District to continue with its plans to construct additional new facilities, including the softball/soccer complex.

Plaintiffs raise several objections to this proposal, including the impracticability of requiring the five teams to share the two fields, and alleged safety concerns due to the orientation of the current boys' JV/freshman field. Plaintiffs, therefore, propose the construction of a new girls' varsity softball field, and renovations to the off-campus field at Olive Pierce Middle School ("OPMS"). Under Plaintiffs' proposal, OPMS would be the home field for the girls' JV softball team, and would be used by the varsity softball team during construction of the new varsity softball field. The boys' varsity and JV/freshman baseball teams would keep their respective fields.

Although Plaintiffs object to the District's proposal, it is in fact better than a remedy that Plaintiffs originally suggested. In the reply to the preliminary-injunction motion, Plaintiffs suggested that the "current boys' JV field could be modified and provided to the girls' varsity and JV teams as a dedicated softball field." (Reply, p.13:8–10.) Plaintiffs' suggestion included only modest changes, such as "converting boys' pitching mount [sic] to girls' pitching circle and adding fencing with locks to create a dedicated field." (Id., p.13, fn. 8.) In contrast, under the District's proposal, the new

softball field will "have the following: (1) a new permanent fence around the entire perimeter of the field; (2) a new warning track; (3) fine grading of the infield and the addition of softball mix; (4) new sod for infill of existing infield; (5) the refurbishing of the existing dugouts (including storage); (6) new portable aluminum bleachers; (7) new bullpens; (8) a double wide batting cage; (9) a new electric scoreboard; and (10) a sound system." (Def.s' Proposal, p.6:26–7:3.)

As for the safety concerns, not only was this issue not raised in Plaintiffs' preliminary-injunction motion, but there is no evidence that the field's orientation has been a safety concern for the boys' JV/freshman baseball team. Moreover, as Plaintiffs' recognize, regardless of the field's orientation, the sun will always be an issue for a certain number of players.

For these reasons, the Court finds that the District's proposal adequately addresses the issues raised in Plaintiffs' motion for a preliminary injunction and satisfies the requirements of Title IX. Accordingly, the Court orders as follows:

1. By the start of the 2008 softball season, the District shall construct a dedicated girls' softball field on the current location of the boys' junior varsity/freshman baseball field. The field will be of the same quality and have all of the same amenities as the existing boys' varsity baseball field.[1]

**IT IS SO ORDERED.**

DATE: September 19, 2007

HON. THOMAS J. WHELAN
United States District Court
Southern District of California

---

[1] With respect to the concerns raised regarding the feasability of having the boys' baseball teams share one field and the girls' softball teams share the other, nothing in this order prevents the District from using off campus fields for the boys' and/or girls' JV or freshman teams. The injunction is against the District's discriminatory policy of requiring only the girls' softball teams to practice and play home games off campus, while the boys' varsity and JV/freshman baseball teams each have their own on-campus fields of superior quality and with superior amenities.

- 3 -